| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Richard J. Padilla |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number | 19-12847-cgm |

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Sterling National Bank              **Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 5 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2021

**New total payment:** $ 1,740.57
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 609.01         New escrow payment: $ 622.56

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %                New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____         New mortgage payment: $ _____

Official Form 410S1            Notice of Mortgage Payment Change            page 1

| Debtor 1 | Richard J. Padilla | | | Case number (if known) 19-12847-cgm |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_    Date 8/5/2021
Signature

Print:    Richard    G    Fike    Title    Authorized    Signer
         First Name  Middle Name  Last Name

Company    Sterling National Bank

Address    1 Corporate Drive, Suite 360
           Number    Street

           Lake Zurich            IL        60047
           City                   State     ZIP Code

Contact phone    855-857-0644            Email    N/A

Official Form 410S1    Notice of Mortgage Payment Change    page 2

Sterling National Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS
| | |
|---|---:|
| CITY TAX | $4,740.72 |
| HAZARD INS | $2,517.00 |
| Total | $7,257.72 |

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER: ▮▮▮▮▮▮▮
ESCROW ANALYSIS DATE: 07/22/2021

NEW PAYMENT IS AS FOLLOWS:
| | |
|---|---:|
| Principal and Interest | $1,118.01 |
| Required Escrow Payment | $604.81 |
| Shortage/Surplus Spread | $17.75 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |

Richard Padilla
414 Howe Ave
Bronx, NY 10473-1613

| | |
|---|---:|
| **Total Payment** | **$1,740.57** |
| **New Payment Effective Date:** | **10/01/2021** |

Sterling National Bank has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 10/2021 through 09/2022 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | $1,588.93 | $2,492.56 |
| OCT | $604.81 | | | | | $2,193.74 | $3,097.37 |
| NOV | $604.81 | | | | | $2,798.55 | $3,702.18 |
| DEC | $604.81 | $1,185.18 | | | | $2,218.18 | $3,121.81 |
| JAN | $604.81 | | | $2,517.00 | | $305.99 | $1,209.62 * |
| FEB | $604.81 | | | | | $910.80 | $1,814.43 |
| MAR | $604.81 | $1,185.18 | | | | $330.43 | $1,234.06 |
| APR | $604.81 | | | | | $935.24 | $1,838.87 |
| MAY | $604.81 | | | | | $1,540.05 | $2,443.68 |
| JUN | $604.81 | $1,185.18 | | | | $959.68 | $1,863.31 |
| JUL | $604.81 | | | | | $1,564.49 | $2,468.12 |
| AUG | $604.81 | | | | | $2,169.30 | $3,072.93 |
| SEP | $604.81 | $1,185.18 | | | | $1,588.93 | $2,492.56 |
| Total | | $4,740.72 | | $2,517.00 | | | |

*Indicates your projected low point of $305.99. Your required reserve balance is $1,209.62. The difference between the projected low point and required reserve balance is $212.98. This is your shortage.

If you have questions regarding this analysis, please write our Customer Service Department at Sterling National Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-855-857-0644, Monday through Friday, 8:00 am to 6:00 pm, EST.

New York Residents: Sterling National Bank is exempt from the requirement to register with the Superintendent of the New York State Department of Financial Services. Complaints may be submitted to the New York State Department of Financial Services by contacting the New York State Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. You can obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

---

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

### ESCROW SHORTAGE REMITTANCE FORM

Name: Richard Padilla
Account Number: ▮▮▮▮▮▮▮        Escrow Shortage Amount: $212.98

Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment. If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:

Sterling National Bank
Attn: Cashiering Department/Escrow Shortages
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Your new payment will then be: $1,722.82.

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

**Account Number:** ▓▓▓▓▓▓▓▓    **Name:** Richard Padilla

This is a statement of actual activity in your escrow account from 09/2020 through 09/2021. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $1,670.65 of which $1,118.01 was for principal and interest and $552.64 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $2,972.38 | $10,177.01- |
| SEP | $583.96 | $3,868.48 * | $1,141.62 | $1,141.62 | CITY TAX | $2,414.70 | $7,450.15- |
| OCT | $583.96 | $552.64 * | | | | $2,998.66 | $6,897.51- |
| NOV | $583.96 | $1,105.28 * | | | | $3,582.62 | $5,792.23- |
| DEC | $583.96 | $552.64 * | $1,141.62 | $1,127.62 * | CITY TAX | $3,024.96 | $6,367.21- |
| DEC | | | | $2,517.00 * | HOME INS | | $8,884.21- |
| JAN | $583.96 | $552.64 * | $2,441.00 | | HOME INS | $1,167.92 | $8,331.57- |
| FEB | $583.96 | * | | | | $1,751.88 | $8,331.57- |
| MAR | $583.96 | | $1,141.62 | $1,127.62 * | CITY TAX | $1,194.22 | $9,459.19- |
| APR | $583.96 | * | | | | $1,778.18 | $9,459.19- |
| MAY | $583.96 | * | | | | $2,362.14 | $9,459.19- |
| JUN | $583.96 | * | $1,141.62 | $1,185.18 * | CITY TAX | $1,804.48 | $10,644.37- |
| JUL | $583.96 | $12,225.51 *Y | | | | $2,388.44 | $1,581.14 |
| AUG | $583.96 | $609.01 *Y | | | | $2,972.40 | $2,190.15 |
| SEP | | $583.96 *Y | | $1,185.18 *Y | CITY TAX | $2,972.40 | $1,588.93 |
| Total | $7,007.52 | $20,050.16 | $7,007.48 | $8,284.22 | | | |

OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.

Last year, we anticipated that payments from your escrow account would be made during this period equaling $7,007.48. Under Federal Law, your lowest balance should not have exceeded $1,167.92 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount. Under your mortgage contract and/or state law, your lowest balance should not have exceeded $1167.92.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X        CHAPTER 13

IN RE:                                                              CASE NO. 19-12847-CGM

      Richard J. Padilla,
                                Debtor(s).
-----------------------------------------------------------X

CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2021, I electronically filed a Notice of Mortgage Payment Change, in the above referenced action using the CM/ECF system, which sent notification of such filing to the following:

Michael H. Schwartz, Esq., Debtor's Attorney
Krista M. Preuss, Esq., Trustee

      I further certify that I have mailed by the United States Postal Service the document, in duplicate to the following non- CM/ECF Participants:

Richard J. Padilla
Debtor
414 Howe Avenue
Bronx, NY 10473

                                          /s/ Jennifer Schlander
                                          Jennifer Schlander